UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS SANTS, | No. 2:15-cv-00355-KJM-CKD |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF PLACER, et al., | |
| Defendants. | |

        On September 3, 2015, this court issued an order addressing defendants' motion to dismiss plaintiff's complaint. ECF No. 11. In its order, the court directed the parties to file a status report within thirty (30) days of the date of the order, reporting on the progress of the criminal prosecution, and every thirty (30) days thereafter until the criminal case concluded. *Id*.

        On October 2 and November 3, 2015, defendant County of Placer filed a status report, ECF Nos. 14, 16, and plaintiff Sants filed a report on October 2, ECF No. 15. In the last November 3 status report, defendant County of Placer stated the criminal case was ongoing, ECF No. 16, but the parties have not filed further status reports since then.

/////

/////

/////

1

Accordingly, counsel for all parties are hereby ORDERED, within seven (7) days of entry of this order, to show cause why they should not be sanctioned in the amount of $250 for failure to comply with this court's order.

IT IS SO ORDERED.

DATED: August 18, 2016

_____
UNITED STATES DISTRICT JUDGE