UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS SANTS, | No. 2:15-cv-00355-KJM-CKD |
| Plaintiff, | ORDER |
| v. | |
| DEPUTY MICHAEL SEIPERT et al., | |
| Defendants. | |

On September 3, 2015, the court directed the parties "to file a status report within thirty (30) days of the date of this order, reporting on the progress of the criminal prosecution and every thirty days thereafter until the criminal case is concluded." ECF No. 11 at 5. On October 2 and November 3, 2015, defendant County of Placer filed a status report, ECF Nos. 14, 16, and plaintiff Nicholas Sants filed a report on October 2, ECF No. 15. In the November 3, 2016 status report, County of Placer stated the criminal case was still ongoing, ECF No. 16. Subsequently, the court issued an order to show cause, because the parties did not file further reports after November 3, 2016.

County of Placer responded to the order to show cause on August 26, 2016, ECF No. 18. County of Placer states that the failure to file status reports had been due to miscommunication between the parties' counsel; County of Placer had assumed plaintiff's counsel would file all future status reports to avoid redundancy. ECF No. 18 at 2. County of Placer also informs the court that the criminal prosecution of plaintiff is still ongoing with a trial confirmation conference currently set for September 23, 2016. *Id.* at 3.

/////

1  Good cause shown, the order to show cause on August 19, 2016 is
2  **discharged**.  This order resolves ECF No. 17.  The parties are reminded to either
3  file individual status reports or a joint status report wihtin thirty (30) days of the
4  date of this order is filed, and every thirty days thereafter untill the criminal case
5  is concluded.

    IT IS SO ORDERED.

DATED:  September 7, 2016

_____
UNITED STATES DISTRICT JUDGE