PLACER COUNTY COUNSEL'S OFFICE
Julia M. Reeves (SBN 241198)
175 Fulweiler Avenue
Auburn, California 95603
Telephone: (530) 889-4044
Facsimile: (530) 889-4069
Email: JReeves@placer.ca.gov
Attorneys for Defendant COUNTY OF PLACER and
MICHAEL SEIPERT

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS SANTS, an individual, ) | Case No. 2:15-cv-00355-KJM-CKD |
| ) | |
| Plaintiff, ) | **JOINT STIPULATION AND ORDER TO** |
| ) | **EXTEND TIME LIMITATIONS** |
| v. ) | **CONTAINED IN PRETRIAL** |
| ) | **SCHEDULING ORDER** |
| DEPUTY MICHAEL SEIPERT, individually; ) | |
| COUNTY OF PLACER a government entity ) | |
| and municipality; and DOES 1-10, inclusive. ) | |
| ) | |
| Defendants. ) | |

Plaintiff Nicholas Sants and Defendant Deputy Michael Seipert, ("the parties") by and through their respective counsel, stipulate and agree as follows:

1. WHEREAS, on November 27, 2018, the Court entered a Status (Pretrial Scheduling) Order ("Order") with regard to this case (ECF 55).
2. WHEREAS, the Order set forth case related dates, including a date for dispositive motions, specifying that such motions must be heard by May 1, 2020. No trial date has been set in this action.
3. WHEREAS, there has been declared a National Emergency and a Statewide Emergency with regard to COVID-19. Local Declarations of Emergency, including in Placer County, have been made. This is an evolving situation, which has required reduced staffing or

| | |
|---|---|
| 1 | closure of certain government facilities and which may require further reductions as |
| 2 | circumstances dictate.  Deputy Seipert is represented by a Deputy Placer County Counsel. |

4. WHEREAS, given the emergency with regard to COVID-19, good cause exists pursuant to Federal Rule of Civil Procedure 6(b)(4) for modification of the Order with regard to all outstanding deadlines. The parties stipulate to extension of all outstanding deadlines in the Order by 90 days.

5. WHEREAS, a continuance will avoid unnecessary filings and court appearances in this time of emergency.

NOW, THEREFORE, pursuant to Rule 6(b)(4), the parties jointly request and HEREBY STIPULATE that all outstanding deadlines in the Order be extended by 90 days.

**IT IS SO STIPULATED.**

Respectfully submitted.

DATED: March 17, 2020                    LAW OFFICE OF PATRICIA ANN CAMPI


By:   */s/ Patricia Campi* as auth. on March 17, 2020
        PATRICIA CAMPI, Attorney for
        Plaintiff, NICHOLAS SANTS


DATED: March 18, 2020                    OFFICE OF THE PLACER COUNTY COUNSEL


By:   /s/ JULIA M. REEVES
        JULIA M. REEVES, Deputy County Counsel
        Attorneys for Defendants MICHAEL SEIPERT
        and COUNTY OF PLACER

///

///

///

///

2
JOINT STIPULATION AND ORDER TO EXTEND TIME LIMITATIONS CONTAINED IN PRETRIAL SCHEDULING ORDER

**ORDER**

Pursuant to the foregoing Stipulation of the Parties, and good cause appearing, IT IS HEREBY ORDERED that the Dispositive Motion Hearing date set for May 1, 2020 is VACATED and RESET for August 14, 2020.

IT IS SO ORDERED.

DATED: March 18, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE